IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR122 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CATHERINE GIBSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      This matter is before the court on defendant Unopposed Motion to Continue Trial [34]. The defendant seeks additional time to complete plea negotiations. For the reasons set forth in the motion and stated during the telephone conference with counsel, the undersigned magistrate judge finds good cause for the requested continuance. Accordingly,

      **IT IS ORDERED** that the Unopposed Motion to Continue Trial [34] is granted, as follows:

1. The jury trial now set for May 24, 2022, is continued to **August 16, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 16, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED: May 13, 2022**

                                                                          BY THE COURT:

                                                                          s/ Michael D. Nelson
                                                                          United States Magistrate Judge